```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 10013
    DANIEL J OAKLEY
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-4404


-----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/04/07 and confirmed on 08/09/07.

    2.  The case was dismissed after confirmation, 08/15/2008.

    3.  The Debtor paid a total of $  10410.92 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
OPTION ONE MORTGAGE CO    CURRENT MORTG           .00            .00             .00
OPTION ONE MORTGAGE CO    MORTGAGE ARRE       1433.69            .00         1433.69
WILL COUNTY TREASURER     SECURED                 .00            .00             .00
AMERICAN HONDA FINANCE C  UNSECURED         NOT FILED            .00             .00
FIA CARD SERVICES         UNSECURED         NOT FILED            .00             .00
CAPITAL ONE BANK          UNSECURED            514.24            .00           96.79
CERTIFIED SERVICES INC    UNSECURED         NOT FILED            .00             .00
B REAL LLC                UNSECURED           9416.96            .00         1772.75
RESURGENT CAPITAL SERVIC  UNSECURED            450.71            .00           84.83
COMED                     UNSECURED         NOT FILED            .00             .00
DISCOVER BANK             UNSECURED          10667.54            .00         2008.16
DREYER MEDICAL CLINIC     UNSECURED         NOT FILED            .00             .00
EDWARD HOSPITAL           UNSECURED         NOT FILED            .00             .00
ECAST SETTLEMENT CORPORA  UNSECURED           5999.55            .00         1129.41
ECAST SETTLEMENT CORPORA  UNSECURED           8978.39            .00         1690.20
MERCHANTS CREDIT GUIDE    UNSECURED         NOT FILED            .00             .00
NICOR GAS                 UNSECURED         NOT FILED            .00             .00
SBC AMERITECH             UNSECURED         NOT FILED            .00             .00
AMERICAN HONDA FINANCE C  SECURED                 .00            .00             .00

CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
      Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
TOTAL CLMS ALLOWED  1433.69          .00     36027.39         .00       37461.08
PRINCIPAL PAID      1433.69          .00      6782.14         .00        8215.83
INTEREST PAID           .00          .00          .00         .00             .00
TOTAL PAID          1433.69          .00      6782.14         .00        8215.83
```

The Debtor's attorney, ROBERT V SCHALLER            , was allowed $   3500.00 and was paid $    2165.00   direct and $   1335.00   through the plan.

The Trustee received $    531.59 .

Refunds to the Debtor totaled $    328.50 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/13/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE